MICHAEL C. PHILLIPS APC (Bar No. 48473)
mcp@amclaw.com
LISA L. COPLEN (Bar No. 142726)
llc@amclaw.com
WILLIAM S HONG (Bar No. 224214)
wsh@amclaw.com
ANDERSON, McPHARLIN & CONNERS LLP
Thirty-First Floor
444 South Flower Street
Los Angeles, California 90071-2901
TELEPHONE: (213) 688-0080 ♦ FACSIMILE: (213) 622-7594

Attorneys for Defendant LEXINGTON INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| KATHLEEN McGUIRE-CHAIDES,<br><br>Plaintiff,<br><br>vs.<br><br>LEXINGTON INSURANCE COMPANY, and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 06-CV-04615-JW<br><br>**STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION** |

TO THE HONORABLE JAMES WARE AND THE CLERK OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED by and between the parties, through their respective attorneys of record, that the instant case be, and hereby is, dismissed with prejudice pursuant to

///
///
///
///
///
///
///

06 CV-04615-JW

STIPULATION FOR DISMISSAL OF THE ENTIRE ACTION

1 | FEDERAL RULES OF CIVIL PROCEDURE SECTION 41(a)(1).

2 | DATED: September 30, 2006          SHEUERMAN, MARTINI & TABAR

4 | By: _____
    Alan L. Martini
5 | Attorneys for Plaintiff KATHLEEN McGUIRE-
    CHAIDES

6 | DATED: September 21, 2006          ANDERSON, McPHARLIN & CONNERS LLP

8 | By: _____
    Michael C. Phillips APC
9 | Lisa L. Coplen
    William S. Hong
10 | Attorneys for Defendant LEXINGTON INSURANCE
    COMPANY

11 | **IT IS SO ORDERED.**

13 | October 13, 2006
     DATED: ~~September         , 2006~~

16 | _____
     JAMES WARE

ANDERSON, McPHARLIN & CONNERS LLP
LAWYERS
444 SOUTH FLOWER STREET, THIRTY-FIRST FLOOR
LOS ANGELES, CALIFORNIA 90071-2901
TEL (213) 688-0080 • FAX (213) 622-7594